ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

VICTOR MELENDEZ,
  a/k/a "El Viejo,"
  a/k/a "Flaco,"
JORGE BRIONES,
  a/k/a "Che,"
LUIS PESTANA,
  a/k/a "Lusito,"
  a/k/a "Gordo,"
JESUS MENA-CANCEL,
  a/k/a "Mambo,"
  a/k/a "Rob," and
MANUEL BAEZ,
  a/k/a "Manny,"
  a/k/a "Chulo,"

      Defendants.

- - - - - - - - - - - - - - - - - X

ORDER

08 Cr. 581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 30 2008

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 30, 2008

                                                                        _____
                                                            UNITED STATE MAGISTRATE JUDGE

Debra Freeman
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR MELENDEZ, a/k/a "El Viejo," a/k/a
"Flaco," JORGE BRIONES, a/k/a "Che," LUIS
PESTANA, a/k/a "Lusito," a/k/a "Gordo,"
JESUS MENA-CANCEL, a/k/a "Mambo," a/k/a
"Rob," and MANUEL BAEZ, a/k/a "Manny,"
a/k/a "Chulo,"

Defendants.

ORDER

08 Cr. 581

MICHAEL J. GARCIA
United States
Attorney.